

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00369-CR

**JOSHUA TNEIL GARRETT,**

                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                        **Appellee**

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. D36371**

## MEMORANDUM OPINION

Joshua Tneil Garrett appealed his conviction for assault on a public servant. He has now filed a motion to dismiss his appeal. The motion is signed by both Garrett and his attorney.

Garrett's motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).


                      TOM GRAY
                      Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal dismissed
Opinion delivered and filed May 29, 2019
Do not publish
[CR25]

